UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES LEE McPHADEN,

       Plaintiff,

  v.

WILLIAM S. CORN

       Defendant.

Case No. MC07-5004

ORDER OF DISMISSAL

      James Lee McPhaden has filed a pleading entitled "Criminal Complaint" against the above captioned defendant. Mr. McPhaden is an inmate confined at the United States Penitentiary, Pollock, Louisiana. A private citizen cannot prosecute a criminal complaint. Accordingly, the above captioned action is DISMISSED, with prejudice.

      DATED this 23rd day of May, 2007.

                                          FRANKLIN D. BURGESS
                                          UNITED STATES DISTRICT JUDGE

ORDER - 1