UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES LEE McPHADEN,

        Plaintiff,

    v.

WILLIAM S. CORN,

        Defendant.

Case No. MS07-5004FDB

ORDER DENYING
RECONSIDERATION

      This matter was dismissed for the reason stated in the Court's Order entered  May 23, 2007 [Dkt. # 6].  Plaintiff now moves for reconsideration asserting that he may appropriately bring this case as a *qui tam* lawsuit.  This Court is familiar with such proceedings, but this case is not appropriately brought before the Court as a *qui tam* lawsuit.

      NOW, THEREFORE, IT IS ORDERED: Plaintiff's motion for reconsideration [Dkt. # 7] is DENIED.

      DATED this 21st day of June, 2007.

                     FRANKLIN D. BURGESS
                     UNITED STATES DISTRICT JUDGE

ORDER - 1